# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 3, 2019

*Before*

DANIEL A. MANION, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

No. 18-2228

RONNIE L. WINSTED, JR.,
     *Plaintiff-Appellant*,

    *v.*

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
     *Defendant-Appellee*.

Appeal from the
United States District Court for the
Southern District of Indiana, Terre Haute
Division.

No. 2:17-cv-00137-MJD-WTL

Mark J. Dinsmore,
*Magistrate Judge*.

**O R D E R**

Defendant-appellee filed a petition for rehearing on March 25, 2019. All of the judges on the panel have voted to deny rehearing and to issue an amended opinion. This court's opinion dated February 8, 2019, is amended in a separately filed opinion released today.

The petition for rehearing is therefore **DENIED**.